In the Matter of the Claim of FRANK FIOL, Respondent. CALMAR STEAMSHIP CORPORATION, Appellant; EDWARD CORSI, as Industrial Commissioner, Respondent.

Argued April 21, 1955; decided July 8, 1955.

*Edward C. Perkins, Ralph L. McAfee* and *Jack E. Brown* for appellant.

*Jacob K. Javits, Attorney-General (Francis R. Curran* and *Henry S. Manley* of counsel), for Edward Corsi, as Industrial Commissioner, respondent.

*Seymour W. Miller, Israel G. Seeger* and *Irving A. Logue* for Seafarers International Union of North America, Atlantic and Gulf District, A. F. of L., *amicus curiæ,* in support of respondents' position.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.